**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                                  Criminal No. 05-cr-262-1-SM

<u>Maura Wylie</u>

### <u>O R D E R</u>

On August 14, 2008, defendant appeared for a "probable cause" hearing under Fed. R. Crim. P. 32.1 on an alleged violation of conditions of supervision. Defendant Maura Wylie has been indicted on distribution of cocaine base crack. I therefore find probable cause to hold her for a revocation hearing.

Defendant sought bail conditions under Rule 32.1(a)(6). Under Rule 32.1(a)(6) defendant bears the burden of establishing by clear and convincing evidence that she will not flee and that she poses no danger to any other person or to the community. There are no conditions which are likely to assure her presence and the safety of the community.

Accordingly, it is <u>ORDERED</u> that the defendant be detained pending trial. Defendant shall enroll and participate in the Therapeutic Community (T.C.) Program at the Strafford County Department of Corrections.

The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

_____
Justo Arenas
United States Magistrate Judge

Date: August 15, 2008

cc: Bjorn R. Lange, Esq.
    Paul J. Haley, Esq.
    Robert M. Kinsella, Esq.
    Aixa Maldonado-Quinones, Esq.
    U.S. Marshal
    U.S. Probation

2